Chicago Law Printing Company, Appellee, v. Village of Justice, Appellant.
Gen. No. 40,776.

opinion filed December 5, 1939. Joseph F. Elward, for appellant; Raymond F. McNally, Jr., of counsel;

442

Thompson, Chambers & Thompson, for appellee; Lavern W. Thompson, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."